UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR121-0030

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 751(a) |
| | ) | Escape from Custody |
| JONAH ROBERT SCHAFNER | ) | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Escape from Custody*
18 U.S.C. § 751(a)

On or about March 9, 2021, in Jefferson County, within the Southern District of Georgia, the defendant,

**JONAH ROBERT SCHAFNER,**

did knowingly escape from custody in the Jefferson County jail, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of an order of pretrial detention issued by the United States Magistrate Court for the Southern District of Georgia, and a judgment and commitment of the United States District Court for the Southern District of Georgia upon a conviction, all relating to the commission of the offense of Possession of Firearms by a Prohibited Person, in violation of Title 18 United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Section 751(a).

*(signatures follow on the next page)*

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Henry W. Syms, Jr.
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

2